Certificate Number: 03088-PAE-DE-034052150

Bankruptcy Case Number: 19-17669



03088-PAE-DE-034052150

# C<span style="font-variant:small-caps">ERTIFICATE</span> O<span style="font-variant:small-caps">F</span> D<span style="font-variant:small-caps">EBTOR</span> E<span style="font-variant:small-caps">DUCATION</span>

I CERTIFY that on February 5, 2020, at 4:22 o'clock PM CST, Charles P Simon completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 5, 2020            By:    /s/Doug Tonne

                                    Name:  Doug Tonne

                                    Title: Counselor