Certificate Number: 03088-PAE-DE-034052152

Bankruptcy Case Number: 19-17669



03088-PAE-DE-034052152

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 5, 2020</u>, at <u>4:22</u> o'clock <u>PM CST</u>, <u>Patricia M Simon</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>February 5, 2020</u>          By:    <u>/s/Doug Tonne</u>

                                       Name:  <u>Doug Tonne</u>

                                       Title: <u>Counselor</u>