IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Charles P. Simon | : | Chapter 13 |
| Patricia M. Simon | : | |
| | : | Case No.  19-17669JKF |
| Debtor(s) | : | |

### CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation filed at docket number 21.

Dated:  April 7, 2020              /s/ Brad J. Sadek, Esquire
                                                            Brad J. Sadek, Esquire
                                                            Sadek and Cooper
                                                            1315 Walnut Street, Suite 502
                                                            Philadelphia, PA 19107
                                                            215-545-0008