# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Patricia M. Simon<br>         Charles P. Simon<br>                    Debtor(s) | CHAPTER 13 |
| M&T Bank, its successors and/or assigns<br>                    Movant<br>          vs.<br>Patricia M. Simon<br>Charles P. Simon<br>                    Debtor(s)<br><br>Scott Waterman<br>                    Trustee | NO. 19-17669 JKF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of M&T Bank, which was filed with the Court on or about **February 27, 2020, docket number 16**.

                        Respectfully submitted,

                        By: **/s/ Rebecca A. Solarz, Esquire**
                              Rebecca A. Solarz, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              215-627-1322
                              Attorney for Movant/Applicant

May 20, 2020