United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 19-17669-jkf
Charles P. Simon   Chapter 13
Patricia M. Simon
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: Stacey   Page 1 of 1   Date Rcvd: Jun 17, 2020
                            Form ID: 155   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2020.
db/jdb        +Charles P. Simon,    Patricia M. Simon,    270 Trenton Road,    Fairless Hills, PA 19030-2714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                                    Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2020 at the address(es) listed below:
      BRAD J. SADEK    on behalf of Joint Debtor Patricia M. Simon brad@sadeklaw.com,
       bradsadek@gmail.com
      BRAD J. SADEK    on behalf of Debtor Charles P. Simon brad@sadeklaw.com,   bradsadek@gmail.com
      REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                      TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Charles P. Simon and Patricia M. Simon

    Debtor(s)

Chapter: 13

Bankruptcy No: 19−17669−jkf

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this June 17, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Jean K. FitzSimon
Judge ,
United States Bankruptcy Court

31
Form 155