United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Charles P. Simon  
Patricia M. Simon  
    Debtors

Case No. 19-17669-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: SaraR     Page 1 of 1     Date Rcvd: Jun 22, 2020  
                     Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2020.  
db/jdb        +Charles P. Simon,    Patricia M. Simon,    270 Trenton Road,    Fairless Hills, PA 19030-2714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 23 2020 05:07:31     Citizens Bank N.A.,       One Citizens Bank Way Mail Stop JCA115,    Johnston, RI   02919  
                                                                                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2020 at the address(es) listed below:  
            BRAD J. SADEK    on behalf of Joint Debtor Patricia M. Simon brad@sadeklaw.com,     bradsadek@gmail.com  
            BRAD J. SADEK    on behalf of Debtor Charles P. Simon brad@sadeklaw.com,   bradsadek@gmail.com  
            REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com  
            SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                            TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Charles P Simon
    Patricia M Simon

Case No.: 19-17669JKF

Debtor(s)

Chapter 13

# ORDER

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $4,250.00.

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $1,545.00 which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Dated:**
**Date: June 21, 2020**

**Judge Jean K. FitzSimon**