Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 19-17669-AMC

Charles P. Simon  
Patricia M. Simon  
270 Trenton Road  
Fairless Hills  PA     19030

Petition Filed Date: 12/09/2019  
341 Hearing Date: 02/07/2020  
Confirmation Date: 06/17/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2020 | $700.00 | | 02/10/2020 | $700.00 | | 03/09/2020 | $700.00 | |
| 04/09/2020 | $636.00 | | 05/11/2020 | $636.00 | | 06/11/2020 | $636.00 | |
| 07/09/2020 | $636.00 | | 08/10/2020 | $636.00 | | | | |

**Total Receipts for the Period:  $5,280.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $5,280.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Charles P. Simon | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | CITIZENS BANK NA<br>»»  001 | Unsecured Creditors | $4,789.01 | $0.00 | $4,789.01 |
| 2 | CITIZENS BANK NA<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK<br>»»  003 | Unsecured Creditors | $6,750.00 | $0.00 | $6,750.00 |
| 4 | CREDIT FIRST NA<br>»»  004 | Unsecured Creditors | $1,021.10 | $0.00 | $1,021.10 |
| 5 | UNITED STATES TREASURY (IRS)<br>»»  05P | Priority Crediors | $3,606.27 | $1,501.90 | $2,104.37 |
| 6 | UNITED STATES TREASURY (IRS)<br>»»  05U | Unsecured Creditors | $650.00 | $0.00 | $650.00 |
| 7 | BECKET & LEE, LLP<br>»»  006 | Unsecured Creditors | $2,196.50 | $0.00 | $2,196.50 |
| 8 | BECKET & LEE, LLP<br>»»  007 | Unsecured Creditors | $3,038.82 | $0.00 | $3,038.82 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  008 | Unsecured Creditors | $5,473.58 | $0.00 | $5,473.58 |
| 10 | CITIBANK NA<br>»»  009 | Unsecured Creditors | $623.99 | $0.00 | $623.99 |
| 11 | CITIBANK NA<br>»»  010 | Unsecured Creditors | $2,154.09 | $0.00 | $2,154.09 |
| 12 | M&T BANK<br>»»  011 | Mortgage Arrears | $1,494.54 | $0.00 | $1,494.54 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $2,705.00 | $2,705.00 | $0.00 |

**Chapter 13 Case No. 19-17669-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,280.00 | Current Monthly Payment: | $636.00 |
| Paid to Claims: | $4,206.90 | Arrearages: | $0.00 |
| Paid to Trustee: | $500.70 | Total Plan Base: | $38,352.00 |
| Funds on Hand: | $572.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.