IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|     Charles P. Simon | : | Case No.: 19-17669-AMC |
|     Patricia M. Simon | : | |
|         Debtor(s) | : | Chapter 7 |

## PRAECIPE TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

TO THE COURT:

On behalf of the Debtors, please convert the above captioned matter from a Chapter 13 Bankruptcy to a Chapter 7 Bankruptcy. Additionally, the applicable schedules and statements will be filed with the Court.

Dated: March 9, 2021  /s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
"The Philadelphia Building"
1315 Walnut Street, #502
Philadelphia, PA 19107
215-545-0008