UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Charles P. Simon | : | Case No.: 19-17669-amc |
| Patricia M. Simon | : | |
| | : | |
| Debtor (s) | : | Chapter 7 |

## ORDER GRANTING DEBTOR'S MOTION TO ALLOW CASE TO BE CONVERTED FROM CHAPTER 7 TO CHAPTER 13 BANKRUPTCY

AND NOW, this _____ day of _____ 2021 upon consideration of the Motion to Convert Case from Chapter 7 to Chapter 13 Bankruptcy, it is hereby;

ORDERED and DECREED that the present case is hereby converted to Chapter 13 Bankruptcy from Chapter 7.

~~FURTHER ORDERED:~~

**Date: June 3, 2021**

_____
Ashely M. Chan
U.S. Bankruptcy Judge