UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

    CHARLES P. SIMON                 : Bankruptcy No.  19-17669AMC
        and
    PATRICIA M. SIMON                 :

        Debtor(s)          : Chapter 13

## PRAECIPE

Please withdraw the Chapter 13 Trustee's Final Report and Account filed on or about March 29, 2021 at docket entry number 44 in the above referenced case.

                              Respectfully submitted,

Date:  June 8, 2021                */s/Scott F. Waterman*
                                    Scott F. Waterman, Esq.
                                    Chapter 13 Standing Trustee