**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Charles P. Simon | : | |
| Patricia M. Simon | : | Case No.: 19-17669-AMC |
| Debtor(s) | : | |

**PRAECIPE TO WITHDRAW**

Kindly withdraw the <u>Application for Compensation and Certificate of No Response</u> filed at Docket Entries #<u>54.</u>

DATED: 6/10/2021            BY:   */s/ Brad J. Sadek*
                                              Brad J. Sadek, Esq.
                                              Sadek and Cooper Law Offices
                                              1315 Walnut Street, Suite 502
                                              Philadelphia, PA 19107
                                              215-545-0008
                                              Attorney for Debtors