**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Charles P. Simon | : | |
| Patricia M. Simon | : | Case No.: 19-17669-AMC |
| Debtor(s) | : | |

**PRAECIPE TO WITHDRAW**

Kindly withdraw the Motion to Modify Plan and Notice of Motion filed at Docket Entries #54, #55 as well as the Praecipe to Withdraw filed at Docket Entry #58.

DATED: 6/10/2021        BY:   /s/ *Brad J. Sadek*
　　　　　　　　　　　　　　　　Brad J. Sadek, Esq.
　　　　　　　　　　　　　　　　Sadek and Cooper Law Offices
　　　　　　　　　　　　　　　　1315 Walnut Street, Suite 502
　　　　　　　　　　　　　　　　Philadelphia, PA 19107
　　　　　　　　　　　　　　　　215-545-0008
　　　　　　　　　　　　　　　　Attorney for Debtors