| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-17669-AMC**

Charles P. Simon  
Patricia M. Simon  
270 Trenton Road  
Fairless Hills  PA   19030

Petition Filed Date: 12/09/2019  
341 Hearing Date: 01/01/1900  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2020 | $700.00 | | 02/10/2020 | $700.00 | | 03/09/2020 | $700.00 | |
| 04/09/2020 | $636.00 | | 05/11/2020 | $636.00 | | 06/11/2020 | $636.00 | |
| 07/09/2020 | $636.00 | | 08/10/2020 | $636.00 | | 09/10/2020 | $636.00 | |
| 10/09/2020 | $636.00 | | 11/09/2020 | $636.00 | | 12/09/2020 | $636.00 | |
| 01/11/2021 | $636.00 | | 02/09/2021 | $636.00 | | | | |

**Total Receipts for the Period:  $9,096.00     Amount Refunded to Debtor Since Filing:  $24.01     Total Receipts Since Filing:  $9,096.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Charles P. Simon | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | CITIZENS BANK NA »» 001 | Unsecured Creditors | $4,789.01 | $90.28 | $4,698.73 |
| 2 | CITIZENS BANK NA »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $6,750.00 | $127.25 | $6,622.75 |
| 4 | CREDIT FIRST NA »» 004 | Unsecured Creditors | $1,021.10 | $19.25 | $1,001.85 |
| 5 | UNITED STATES TREASURY (IRS) »» 05P | Priority Crediors | $3,606.27 | $3,606.27 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS) »» 05U | Unsecured Creditors | $650.00 | $0.00 | $650.00 |
| 7 | BECKET & LEE, LLP »» 006 | Unsecured Creditors | $2,196.50 | $41.41 | $2,155.09 |
| 8 | BECKET & LEE, LLP »» 007 | Unsecured Creditors | $3,038.82 | $57.29 | $2,981.53 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $5,473.58 | $103.19 | $5,370.39 |
| 10 | CITIBANK NA »» 009 | Unsecured Creditors | $623.99 | $0.00 | $623.99 |
| 11 | CITIBANK NA »» 010 | Unsecured Creditors | $2,154.09 | $40.61 | $2,113.48 |
| 12 | M&T BANK »» 011 | Mortgage Arrears | $1,494.54 | $1,494.54 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $2,705.00 | $2,705.00 | $0.00 |
| 0 | Charles P. Simon | Debtor Refunds | $24.01 | $24.01 | $0.00 |
| 13 | POSTAL EMPLOYEES CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 19-17669-AMC

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,096.00 | Current Monthly Payment: | $636.00 |
| Paid to Claims: | $8,309.10 | Arrearages: | $2,568.01 |
| Paid to Trustee: | $786.90 | Total Plan Base: | $38,352.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.