| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-17669-AMC

| | |
|---|---|
| Charles P. Simon | Petition Filed Date: 12/09/2019 |
| Patricia M. Simon | 341 Hearing Date: 07/16/2021 |
| 270 Trenton Road | Confirmation Date: 08/25/2021 |
| Fairless Hills  PA    19030 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/13/2021 | $210.00 | | 08/09/2021 | $225.00 | | 09/10/2021 | $225.00 | |
| 10/12/2021 | $225.00 | | 11/09/2021 | $225.00 | | 12/09/2021 | $225.00 | |
| 01/10/2022 | $225.00 | | 02/09/2022 | $225.00 | | 03/09/2022 | $225.00 | |
| 04/11/2022 | $225.00 | | 05/09/2022 | $225.00 | | 06/09/2022 | $225.00 | |
| 07/12/2022 | $225.00 | | | | | | | |

**Total Receipts for the Period:  $2,910.00    Amount Refunded to Debtor Since Filing:  $24.01    Total Receipts Since Filing: $12,006.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Charles P. Simon | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | CITIZENS BANK NA  »» 001 | Unsecured Creditors | $4,789.01 | $465.58 | $4,323.43 |
| 2 | CITIZENS BANK NA  »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK  »» 003 | Unsecured Creditors | $6,750.00 | $656.23 | $6,093.77 |
| 4 | CREDIT FIRST NA  »» 004 | Unsecured Creditors | $1,021.10 | $86.13 | $934.97 |
| 5 | UNITED STATES TREASURY (IRS)  »» 05P | Priority Crediors | $3,606.27 | $3,606.27 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)  »» 05U | Unsecured Creditors | $650.00 | $48.42 | $601.58 |
| 7 | BECKET & LEE, LLP  »» 006 | Unsecured Creditors | $2,196.50 | $213.57 | $1,982.93 |
| 8 | BECKET & LEE, LLP  »» 007 | Unsecured Creditors | $3,038.82 | $295.42 | $2,743.40 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC  »» 008 | Unsecured Creditors | $5,473.58 | $532.12 | $4,941.46 |
| 10 | CITIBANK NA  »» 009 | Unsecured Creditors | $623.99 | $51.36 | $572.63 |
| 11 | CITIBANK NA  »» 010 | Unsecured Creditors | $2,154.09 | $209.44 | $1,944.65 |
| 12 | M&T BANK  »» 011 | Mortgage Arrears | $1,494.54 | $1,494.54 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $2,705.00 | $2,705.00 | $0.00 |
| 0 | Charles P. Simon | Debtor Refunds | $24.01 | $24.01 | $0.00 |
| 13 | POSTAL EMPLOYEES CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

| 15 | ROBERT H HOLBER ESQUIRE »» 012 | Other Administrative Fees | $570.00 | $570.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,006.00 | Current Monthly Payment: | $225.00 |
| Paid to Claims: | $10,958.09 | Arrearages: | $24.01 |
| Paid to Trustee: | $1,032.90 | Total Plan Base: | $18,531.00 |
| Funds on Hand: | $15.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.