# IN THE UNITED STATES BANKRUPTCY COURT
## OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
|---|---|---|
| Charles P. Simon | : | |
| Patricia M. Simon | : | |
| | : | Case No.: 19-17669-AMC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan and* respectfully request that the Order attached to the Motion be entered.

Dated: March 28, 2023            /s/ Brad J. Sadek, Esquire
                                 Brad J. Sadek, Esquire
                                 Sadek and Cooper Law Offices, LLC
                                 1500 JFK Boulevard, Suite #220
                                 Philadelphia, Pa 19102
                                 brad@sadeklaw.com
                                 215-545-0008