UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Charles P. Simon | : | |
| Patricia M. Simon | : | Chapter 13 |
| | : | |
| Debtors | : | Case No.: 19-17669-AMC |

**O R D E R**

AND NOW, upon consideration of the Motion to Modify Plan after Confirmation, and after notice and an opportunity to be heard, it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified. It is further

ORDERED that the Debtor's new Chapter 13 Plan payment shall be $541.00 per month for 11 months.

FURTHER ORDERED:

Dated: March 29, 2023

HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE