| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-17669-AMC

Charles P. Simon
Patricia M. Simon
270 Trenton Road
Fairless Hills  PA    19030

Petition Filed Date: 12/09/2019
341 Hearing Date: 07/16/2021
Confirmation Date: 08/25/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2022 | $225.00 | | 09/12/2022 | $225.00 | | 10/11/2022 | $225.00 | |
| 11/09/2022 | $225.00 | | 12/12/2022 | $225.00 | | 01/11/2023 | $225.00 | |
| 02/09/2023 | $225.00 | | 03/09/2023 | $225.00 | | 04/10/2023 | $541.00 | |
| 05/09/2023 | $541.00 | | 06/22/2023 | $541.00 | | | | |

**Total Receipts for the Period:  $3,423.00    Amount Refunded to Debtor Since Filing:  $24.01   Total Receipts Since Filing: $15,970.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Charles P. Simon | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | CITIZENS BANK NA<br>»» 001 | Unsecured Creditors | $4,789.01 | $865.78 | $3,923.23 |
| 2 | CITIZENS BANK NA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $6,750.00 | $1,220.29 | $5,529.71 |
| 4 | CREDIT FIRST NA<br>»» 004 | Unsecured Creditors | $1,021.10 | $172.65 | $848.45 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Crediors | $3,606.27 | $3,606.27 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $650.00 | $113.30 | $536.70 |
| 7 | CAPITAL ONE NA<br>»» 006 | Unsecured Creditors | $2,196.50 | $397.11 | $1,799.39 |
| 8 | CAPITAL ONE NA<br>»» 007 | Unsecured Creditors | $3,038.82 | $549.35 | $2,489.47 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $5,473.58 | $989.50 | $4,484.08 |
| 10 | CITIBANK NA<br>»» 009 | Unsecured Creditors | $623.99 | $108.77 | $515.22 |
| 11 | CITIBANK NA<br>»» 010 | Unsecured Creditors | $2,154.09 | $389.47 | $1,764.62 |
| 12 | M&T BANK<br>»» 011 | Mortgage Arrears | $1,494.54 | $1,494.54 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $2,705.00 | $2,705.00 | $0.00 |
| 0 | Charles P. Simon | Debtor Refunds | $24.01 | $24.01 | $0.00 |
| 13 | POSTAL EMPLOYEES CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

| 15 | ROBERT H HOLBER ESQUIRE »» 012 | Other Administrative Fees | $570.00 | $570.00 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $900.00 | $900.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,970.00 | Current Monthly Payment: | $541.00 |
| Paid to Claims: | $14,106.04 | Arrearages: | $340.01 |
| Paid to Trustee: | $1,371.65 | Total Plan Base: | $19,532.00 |
| Funds on Hand: | $492.31 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.