United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-17669-amc
Charles P. Simon  Chapter 13
Patricia M. Simon
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Mar 20, 2024 | Form ID: 138OBJ | Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles P. Simon, Patricia M. Simon, 270 Trenton Road, Fairless Hills, PA 19030-2714 |
| 14448112 | + | M&T Bank, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14443492 | + | One Main Financial (formerly Springleaf), 156 Baltimore Pike, Springfield, PA 19064-3629 |
| 14436871 | + | Postal Employees Credit Union, 1807 W Diehl Rd, Naperville, IL 60563-1890 |
| 14614391 | + | Robert H. Holber, Chapter 7 Trustee, 41 E. Front Street, Media, Pa 19063-2911 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 21 2024 00:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 21 2024 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14436863 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 21 2024 00:37:00 | Citizens Bank, 1 Citizens Bank, Riverside, RI 02915 |
| 14440953 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 21 2024 00:37:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, RI 02919 |
| 14436864 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 21 2024 00:37:00 | Citizens Bank NA, Attn: Bankruptcy, One Citizens Bank, Providence, RI 02903 |
| 14436872 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 21 2024 00:37:00 | RBS Citizens CC, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 14451124 | + | Email/Text: BKPT@cfna.com | Mar 21 2024 00:37:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 14455675 | | Email/PDF: bncnotices@becket-lee.com | Mar 21 2024 00:56:08 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14436861 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2024 00:44:01 | Citi/Sears, Citibank/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14466065 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2024 00:45:18 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14436862 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 21 2024 00:45:28 | Citibank/Exxon Mobile, Attn: Bankruptcy Dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14436865 | + | Email/Text: BKPT@cfna.com | Mar 21 2024 00:37:00 | Credit First National Association, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14436866 | | Email/Text: mrdiscen@discover.com | Mar 21 2024 00:37:00 | Discover Financial, Attn: Bankruptcy Department, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 15316, Wilmington, DE 19850 |
| 14443126 | | Email/Text: mrdiscen@discover.com | Mar 21 2024 00:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14436868 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 21 2024 00:37:00 | Internal Revenue Service, AUR CORR 5-E08-113, Philadelphia, PA 19255-0521 |
| 14463883 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 21 2024 00:37:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14436869 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 21 2024 00:37:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14436870 | | Email/Text: camanagement@mtb.com | Mar 21 2024 00:37:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 14467806 | | Email/Text: camanagement@mtb.com | Mar 21 2024 00:37:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 14436873 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 21 2024 00:44:06 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14443484 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, 1 Citizens Bank, Riverside, RI 02915 |
| 14443485 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank NA, Attn: Bankruptcy, One Citizens Bank, Providence, RI 02903 |
| 14443494 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, RBS Citizens CC, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 14455678 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14443482 | *+ | Citi/Sears, Citibank/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 14443483 | *+ | Citibank/Exxon Mobile, Attn: Bankruptcy Dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14443486 | *+ | Credit First National Association, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14443487 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 14436867 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14443488 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14443489 | * | Internal Revenue Service, AUR CORR 5-E08-113, Philadelphia, PA 19255-0521 |
| 14443490 | *+ | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14443491 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 14443493 | *+ | Postal Employees Credit Union, 1807 W Diehl Rd, Naperville, IL 60563-1890 |
| 14443495 | *+ | Synchrony Bank/Gap, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 22, 2024            Signature:      /s/Gustava Winters

District/off: 0313-2　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　　　　　Page 3 of 3
Date Rcvd: Mar 20, 2024　　　　　　　　　　　Form ID: 138OBJ　　　　　　　　　　　　　　　Total Noticed: 25

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ANN E. SWARTZ | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com |
| BRAD J. SADEK | on behalf of Joint Debtor Patricia M. Simon brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Debtor Charles P. Simon brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor M&T Bank mfarrington@kmllawgroup.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com |
| SCOTT F. WATERMAN (Chapter 13) | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Charles P. Simon and Patricia M. Simon

    Debtor(s)          Case No: 19−17669−amc

                     Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/20/24

                                102 − 96
                               Form 138OBJ